IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENEVA MCDANIEL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-0564 |
| | : | |
| NATIONSTAR MORTGAGE LLC, et al. | : | |
| *d/b/a Champion Mortgage Company* | : | |
| | : | |

## **ORDER**

AND NOW, this 27th day of January, 2014, upon consideration of Plaintiff Geneva McDaniel's Motion for Leave to Proceed In Forma Pauperis, and it appearing to the Court that McDaniel is unable to prepay the filing fees and costs in this action, it is ORDERED:

1. The motion (Document 1) is GRANTED.

2. The Complaint shall be filed and a summons shall be issued.

3. The United States Marshals Service shall serve the summons and Complaint upon the Defendant at no cost to Plaintiff.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, J.